UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID LEBOWSKI,

        Plaintiff,

Case No. 04-74667
Judge Gerald E. Rosen
Magistrate Judge Pepe

vs.

POLICE OFFICER SHANNON ROBINSON,
POLICE OFFICER SAMUEL BIGGENS,

        Defendants.
_____/

LAURI R. ELLIAS (P31399)
25899 W. 12 Mile Road, Suite 140
Southfield, MI 48034
(248) 356-9700
Attorney for Plaintiff

CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.
By:   T. JOSEPH SEWARD (P35095)
33900 Schoolcraft
Livonia, MI  48150
(734) 261-2400
Attorneys for Defendants
_____/

**ORDER REINSTATING CLAIMS AGAINST THE CITY OF SOUTHFIELD**

    At a session of said Court held in the Federal Courthouse in
the City of Detroit, County of Wayne, State of Michigan

    on     September 26, 2006

    PRESENT:   HONORABLE GERALD E. ROSEN
                         U. S. DISTRICT COURT JUDGE

    After consideration of the request by the parties, the claims against the CITY OF

SOUTHFIELD are hereby reinstated.


        s/Gerald E. Rosen
        Gerald E. Rosen
        United States District Judge

Dated:  September 26, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 26, 2006, by electronic and/or ordinary mail.

        s/LaShawn R. Saulsberry
        Case Manager


I STIPULATE TO ENTRY OF THE
ABOVE ORDER:


s/Lauri R. Ellias  w/consent
LAURI R. ELLIAS (P31399)
25899 W. 12 Mile Road, Suite 140
Southfield, MI 48034
(248) 356-9700
Attorney for Plaintiff



s/T. Joseph Seward
Cummings, McClorey, Davis & Acho, P.L.C.
33900 Schoolcraft
Livonia, MI  48150
Phone:  (734) 261-2400
Primary E-mail: tjseward@cmda-law.com
P 35095
Attorneys for Defendants