UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID LEBOWSKI,

        Plaintiff,

Case No. 04-74667
Judge Gerald E. Rosen
Magistrate Judge Pepe

vs.

POLICE OFFICER SHANNON ROBINSON,
POLICE OFFICER SAMUEL BIGGENS,

        Defendants.
_____/

LAURI R. ELLIAS (P31399)
25899 W. 12 Mile Road, Suite 140
Southfield, MI 48034
(248) 356-9700
Attorney for Plaintiff

CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.
By:   T. JOSEPH SEWARD (P35095)
33900 Schoolcraft
Livonia, MI  48150
(734) 261-2400
Attorneys for Defendants
_____/

**ORDER OF DISMISSAL AS TO DEFENDANTS ROBINSON AND BIGGENS**

    At a session of said Court held in the Federal Courthouse in the City of Detroit, County of Wayne, State of Michigan

    on   September 26, 2006

    PRESENT:   HONORABLE GERALD E. ROSEN
                       U. S. DISTRICT COURT JUDGE

   IT IS HEREBY ORDERED that all claims against Defendant, SHANNON

ROBINSON and SAMUEL BIGGENS are dismissed with prejudice. Furthermore, neither Defendants nor Plaintiff are entitled to receive any costs, attorney fees or interest.

           s/Gerald E. Rosen
           Gerald E. Rosen
           United States District Judge

Dated: September 26, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 26, 2006, by electronic and/or ordinary mail.

           s/LaShawn R. Saulsberry
           Case Manager

I STIPULATE TO ENTRY OF THE
ABOVE ORDER:

s/Lauri R. Ellias  w/consent
LAURI R. ELLIAS (P31399)
25899 W. 12 Mile Road, Suite 140
Southfield, MI 48034
(248) 356-9700
Attorney for Plaintiff


s/T. Joseph Seward
Cummings, McClorey, Davis & Acho, P.L.C.
33900 Schoolcraft
Livonia, MI  48150
Phone:  (734) 261-2400
Primary E-mail: tjseward@cmda-law.com
P 35095
Attorneys for Defendants